In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00516-CV

_____

IN RE NATHANIEL JONES III

_____

Original Proceeding

_____

**MEMORANDUM OPINION**

Nathaniel Jones III has filed a *pro se* petition for writ of mandamus asking this Court to compel the District Clerk of Jefferson County to file and issue citation in lawsuits he filed with the Clerk. This Court has jurisdiction to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district[.]" Tex. Gov't Code Ann. § 22.221(b) (West 2004). We may exercise mandamus jurisdiction over a district clerk only when the official's actions interfere with this Court's jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(a). Relator has not demonstrated any evidence which suggests that a writ of mandamus should issue to enforce our jurisdiction. *See id.* Accordingly, the

1

Relator is not entitled to the relief sought. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on December 17, 2014
Opinion Delivered December 18, 2014

Before Kreger, Horton, and Johnson, JJ.